# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-0266
_____

SAMUEL LESTER MCCRAY, JR.,
Former Husband,

   Appellant,

   v.

CAROL LYNN MCCRAY, Former
Wife,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brandon Young, Judge.


April 23, 2025

PER CURIAM.

   DISMISSED as untimely.

OSTERHAUS, C.J., and ROBERTS and BILBREY JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Samuel Lester McCray, Jr., pro se, Appellant.

Carol Lynn McCray, pro se, Appellee.